UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES BRIEF,

                Plaintiff,

      - against -

ALBERT EINSTEIN COLLEGE OF MEDICINE,
YESHIVA UNIVERSITY, JAMES DAVID, M.D.
and NADINE T. KATZ, M.D.,

                Defendants.
------------------------------------------------------------X

Docket No.: 07CV8331

**NOTICE OF APPEARANCE**

S I RS:

    PLEASE TAKE NOTICE, Rick Ostrove, Esq., has been retained by Plaintiff, James Brief, as counsel for said plaintiff, and the undersigned demand(s) that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated: Carle Place, New York
       November 23, 2007

Yours truly,

LEEDS MORELLI & BROWN, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550

          /S/
    Rick Ostrove (RO7248)