UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAMES BRIEF,

                Plaintiff,

ALBERT EINSTEIN COLLEGE OF
MEDICINE, YESHIVA UNIVERSITY,
JAMES DAVID, M.D., and NADINE T.
KATZ, M.D.,

                Defendants.

------------------------------------------------------------ x

Case No.: 07 CV 8331

RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Albert Einstein College of Medicine, Yeshiva University, James David, M.D., and Nadine T. Katz, M.D. certifies that none of the above-named defendants is a corporation.

Dated: New York, New York
       December 14, 2007

                                  SIVE, PAGET & RIESEL, P.C.
                                  Attorneys for Defendants
                                  Albert Einstein College of Medicine,
                                  Yeshiva University, James David, M.D.,
                                  and Nadine T. Katz, M.D.

By: _____    By: MICHAEL BOLIN
      Daniel Riesel (DR 9777)                  (MB 5083)
      (A member of the Firm)
      460 Park Avenue
      New York, New York 10022
      (212) 421-2150

TO:    LEEDS MORELLI & BROWN, P.C.
       Attorneys for Plaintiff
       One Old Country Road, Suite 347
       Carle Place, New York 11514
       (516) 873-9550