UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES BRIEF,

                Plaintiff,

      - against -

ALBERT EINSTEIN COLLEGE OF MEDICINE,
YESHIVA UNIVERSITY, JAMES DAVID, M.D.
and NADINE T. KATZ, M.D.,

                Defendants.
---------------------------------------------------------------X

Docket No.: 07CV8331

**NOTICE OF APPEARANCE**

S I R S:

    PLEASE TAKE NOTICE, that the undersigned has been retained as Attorney for the Plaintiff and hereby appears in the above-entitled action.

    PLEASE TAKE FURTHER NOTICE, that the undersigned demands that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated:  Carle Place, New York
          January 11, 2008

                Yours truly,

                LEEDS MORELLI & BROWN, P.C.
                One Old Country Road, Suite 347
                Carle Place, New York 11514
                (516) 873-9550

                          /S/
                Matthew S. Porges (MP-5826)