UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAMES BRIEF,

          Plaintiff,

  --against--

ALBERT EINSTEIN COLLEGE OF
MEDICINE, YESHIVA UNIVERSITY,
JAMES DAVID, M.D., and NADINE T.
KATZ, M.D.,

          Defendants.

------------------------------------------------------------ x

Case No.: 07 CV 8331

DEFENDANTS' INITIAL
DISCLOSURES PURSUANT
TO F.R.C.P. 26(a)(1)

      Defendants Albert Einstein College of Medicine ("AECOM"), Yeshiva University ("Yeshiva"), James David, M.D., and Nadine T. Katz, M.D., by their attorneys Sive, Paget & Riesel, P.C., hereby submit as follows for their initial disclosures pursuant to Fed. R. Civ. Proc. 26(a) in the above-captioned action against James Brief ("Plaintiff"):

    I.    <u>Individuals Likely To Have Discoverable Information
          That May Be Used To Support Plaintiff's Claims</u>

      The person that has information concerning the Committee's decision to discharge the Plaintiff is James David, M.D., AECOM, 1300 Morris Park Avenue, Bronx, NY 10461. The person that has information concerning alleged "false and defamatory statement" spoken of and concerning the Plaintiff is Nadine T. Katz, M.D., AECOM, 1300 Morris Park Avenue, Bronx, NY 10461.

    II.    <u>Categories & Locations of Documents</u>

      The documents in the Defendants' possession and control being produced herewith include documents in the following categories:

1. Correspondence;

2. Plaintiff's academic transcripts;

3. Record of Plaintiff's failed exams;

4. Documents relating to Plaintiff's tuition and/or student loans;

5. Minutes from meetings of the Committee;

6. Documents submitted to the Committee by Plaintiff;

7. AECOM's By-Laws; and

8. AECOM's accommodation policies.

All documents are located at the offices of Defendants' attorneys, Sive, Paget & Riesel, PC, for inspection.

III.     Amendment & Privilege

Because these disclosures are initial and are made without the benefit of full discovery, Defendants reserve the right to amend these disclosures. All privileges applicable to material disclosed are reserved.

Dated: New York, New York
       January 22, 2007

                                        Yours, etc.,

                                        SIVE, PAGET & RIESEL, P.C.
                                        Attorneys for Defendants

                                        /s/ Daniel Riesel
                                        DANIEL RIESEL (9777)
                                        460 Park Avenue
                                        New York, New York 10022
                                        (212) 421-2150
                                        (212)-906-9032 (fax)
                                        driesel@sprlaw.com