UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMES BRIEF,

                        Plaintiff,

                - against -

ALBERT EINSTEIN COLLEGE OF MEDICINE,
YESHIVA UNIVERSITY, JAMES DAVID, M.D.
and NADINE T. KATZ, M.D.,

                    Defendants.
--------------------------------------------------------------X

Docket No.: 07CV8331

**NOTICE OF APPEARANCE**

S I R S:

     PLEASE TAKE NOTICE, Thomas Ricotta, Esq., has been retained by Plaintiff, James Brief, as counsel for said plaintiff, and the undersigned demand(s) that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated:  Carle Place, New York
       February 25, 2008

                         Yours truly,

                         LEEDS MORELLI & BROWN, P.C.
                         One Old Country Road, Suite 347
                         Carle Place, New York 11514
                         (516) 873-9550

                     _____/S/_____
                        Thomas Ricotta (TR1900)