UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAMES BRIEF,

                Plaintiff,

                                          Case No.: 07 CV 8331

ALBERT EINSTEIN COLLEGE OF
MEDICINE, YESHIVA UNIVERSITY,
JAMES DAVID, M.D., and NADINE T.        NOTICE OF DEPOSITION
KATZ, M.D.,                                            OF PLAINTIFF JAMES BRIEF

                Defendants.

------------------------------------------------------------ X

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition upon oral examination of James Brief, plaintiff in the above-captioned matter, regarding all of the underlying facts and circumstances in this action, as an adverse party, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein, at the offices of Sive, Paget & Riesel, P.C., 460 Park Avenue, New York, New York 10022, on the 5th day of May, 2008 at 10:00 a.m. with respect to evidence material and necessary to this action.

      All of the relevant facts and circumstances are in connection with the allegations set forth in plaintiff's Complaint, the allegations set forth in defendants' Answer thereto, and the documents produced in response to Defendants' First Request Request to Produce Documents, which accompanies this notice.

Dated: New York, New York
April 2, 2008

Yours, etc.,

SIVE, PAGET & RIESEL, P.C.
Attorneys for Defendants

By: *Daniel Riesel*
DANIEL RIESEL (DR-9777)
460 Park Avenue
New York, New York 10022
(212) 421-2150

To:   LEEDS, ORELLI & BROWN, P.C.
Attorneys for Plaintiff
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550

P:\5999\Brief Dep Notice.doc