UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
James Brief,                         :
                                     :
                    Plaintiff,       :
         -against-                   :        07 CV 8331
                                     :
Albert Einstein College of Medicine et. al., :        ORDER
                                     :
                    Defendants.      :
                                     :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

Oral argument on Defendants' Summary Judgment Motion is scheduled for January 26, 2010 at 10:00am.

Dated: November 23, 2009
       New York, New York

                                              SO ORDERED:

                                              *George B. Daniels* (signature)
                                              GEORGE B. DANIELS
                                              United States District Judge